MEMORANDUM OPINION




No. 04-03-00834-CV



SAN ANTONIO BEAUTY COLLEGE, INC.


Appellant



v.



Nancy Marie CAMARILLO,


Appellee



From the 288th Judicial District Court, Bexar County, Texas


Trial Court No. 2003-CI-08498


Honorable David Berchelmann, Jr., Judge Presiding (1)



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: December 17, 2003


APPEAL DISMISSED

 Appellant, San Antonio Beauty College, Inc., filed a notice of appeal from a default judgment
signed on July 15, 2003. On November 5, 2003, San Antonio Beauty College, Inc. filed a motion
to dismiss the appeal. The motion contains a certificate of service to appellee, Nancy Marie
Camarillo, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal.
See Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against San Antonio Beauty College,
Inc. 

 PER CURIAM
1. The Honorable David Berchelmann, Jr. is the presiding judge of the 37th Judicial District Court, Bexar
County, Texas. He presided over the default judgment hearing.